JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KEFER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | Case No. CV 18-8096-SP<br><br>**JUDGMENT** |

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated:  May 19, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SHERI PYM
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge