Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9700
info@jonathanpena.com
Attorney for Plaintiff, Susan Kefer

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KEFER , <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | ) No. 2:18-cv-08096 <br> ) <br> ) **ORDER AWARDING EQUAL** <br> ) **ACCESS TO JUSTICE ACT** <br> ) **ATTORNEY FEES** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Based upon the parties' First Amended Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of SIX THOUSAND SEVEN HUNDRED AND NINE DOLLARS AND 13/100, ($6,709.13), subject to the terms of the above-referenced Stipulation.

Dated: June 12, 2020    _____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

1